# ARREST REPORT

Fingerprinted: ☐ Yes ☒ No
R84 Completed: ☐ Yes ☒ No

## Identification

| Field | Value |
|---|---|
| 1 ORI # | AL0470100 |
| 2 AGENCY NAME | Huntsville Police Department |
| 3a. ARREST # | 2016011185 |
| 3b CASE # | - |
| LAST, FIRST, MIDDLE NAME | Germany, Hilton Jerome Jr |
| 6 ALIAS AKA | |
| 7 SEX | M |
| 8 RACE | B |
| 9 HGT. | 6'04-6'05 |
| 10 WGT. | 245-260 |
| 11 EYE | BRO |
| 12 HAIR | BRO |
| 13 SKIN | MED |
| 18 AGE | 31 |
| 19 MISCELLANEOUS ID # | 0000150350 |
| 20 SID # | AL02758375 |
| 22 DL # | 8193372 |
| 23 ST | AL |
| 24 FBI # | 232713WB2 |
| 21 FINGERPRINT CLASS (NCIC) | 01 AA A0 4AAA AAAA 05 AA |
| 26 RESIDENT | ☒ |
| 27 HOME ADDRESS | 2206 York Rd Nw, Huntsville, AL |
| 28 RESIDENCE PHONE | (256) 858-9140 |
| 29 OCCUPATION | Student |
| 30 EMPLOYER | Columbia College |
| 31 BUSINESS ADDRESS | Redstone Arsenal |
| 32 BUSINESS PHONE | (785) 492-7432 |

## Arrest

| Field | Value |
|---|---|
| 33 LOCATION OF ARREST | 2206 York Rd Nw Huntsville, Al |
| 35 ARRESTED FOR YOUR JURISDICTION? | IN STATE |
| 36 CONDITION OF ARRESTEE | ☒ SOBER |
| 37 RESIST ARREST? | ☒ YES |
| 38 INJURIES? | ☒ NONE |
| 39 ARMED? | ☒ N |
| 41 DATE OF ARREST | 10/23/2016 |
| 42 TIME OF ARREST | 21:05 MIL |
| 43 DAY OF ARREST | SUN |
| 44 TYPE ARREST | ON VIEW |
| 45 ARRESTED BEFORE? | ☒ YES |
| 46 CHARGE-1 | MISD — Disturbing Peace |
| 47 UCR CODE | 90C |
| 48 CHARGE-2 | MISD — Resisting Arrest |
| 49 UCR CODE | 90Z |
| 50 STATE CODE/LOCAL ORDINANCE | 17-102 |
| 53 STATE CODE/LOCAL ORDINANCE | 13A-10-41 |

ARREST DISPOSITION: Nolle Prossed

## Arresting Officer

| Field | Value |
|---|---|
| 111 ARRESTING OFFICER | Hall, William D |
| 112 ID # | 5115979 |

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 10/23/2016... | 21:05 | AM / PM / MIL | 118a.CASE # - | 119 SFX |
|---|---|---|---|---|---|
| | | | | 118b ARREST # 2016011185 | |

## 20 ADDITIONAL ARREST INFORMATION

Event# 5805876

Responded to 2206 york road for an unknown call. When I arrived I came in contact with Hilton Germany. Mr. Germany informed me that he and his wife were in an altercation and he wanted his wife to leave the home. I informed Mr. Germany that with her being his wife I could not make her leave. I started to ask my investagating questions to Mr. Germany and he became very irrate and starting yelling and cursing out loub. Mr. German was becoming so loud Mr. Germany`s neighbors started looking out there windows and coming outside. Mr. Germany said that I could not help him and started to walk inside his home I asked Mr. Germany to stay outside to answer my questions and he stated he did have to do a fucking thing. I told Mr. Germany he was unarrest for disturbing the peace he told me that was bullshit. I told Mr. Germany to turn around and place his hands behind his back and he replied again he didn`t have to do a fucking thing. Mr. Germany was then sprayed with pepper spray and necessary force was used to affect the arrest. Mr. Germany was decon on scene and was transported to the Madison County Jail.