FILED
2020 Jan 21 PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# INCIDENT / INVESTIGATION REPORT

| Agency Name | | OCA | 2016-27870 |
|---|---|---|---|
| *Huntsville Police Department* | | | |
| ORI | | Date / Time Reported | |
| *AL0470100* | | *SU Oct 23, 2016* | *21:28* |

| Crime Incident | | UCR:999 | Local Statute: 7777 | ☐ Att ☑ Com | Last Known Secure | |
|---|---|---|---|---|---|---|
| *ACCIDENTAL DAMAGE TO PROPERTY* | | | | | *SU Oct 23, 2016* | *20:30* |
| #2 Crime Incident | | UCR: | Local Statute: | ☐ Att ☐ Com | At Found | |
| | | | | | *SU Oct 23, 2016* | *20:30* |
| #3 Crime Incident | | UCR: | Local Statute: | ☐ Att ☐ Com | | |

| Location of Incident *2206 York Rd Nw, Huntsville, AL* | Premise Type *Home Of Victim* | Offense Tract *ALPHA* |
|---|---|---|

| How Attacked or Committed |
|---|

| Weapon / Tools | Forcible Entry ☐ Yes ☐ No ☑ N/A |
|---|---|

**VICTIM**

| # Victims ... | Type *Individual* | Injury *None* | Residency Status *Resident* |
|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| **V1** | *Bay, Jonnie* | *1* | *52* | *B* | *F* |
| | | Relationship to Offenders | | | |

| Home Address | Home Phone |
|---|---|
| *2206 York Rd Nw, Huntsville, AL* | *(256) 468-2911* |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)   I = Other Involved

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |
| Home Address | | Home Phone | | | |
| Employer Name/Address | | Business Phone | | | |

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |
| Home Address | | Home Phone | | | |
| Employer Name/Address | | Business Phone | | | |

**PROPERTY**

Status Codes   L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found   U = Unknown
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | UCR | Status - Date | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Number of Vehicles Stolen | *0* | Number Vehicles Recovered | *0* |
|---|---|---|---|

| Officer *(5115994) WOODEN, KEITH D* | Officer Signature | Supervisor Signature |
|---|---|---|

| Complainant Signature | Case Status: *Closed* *October 24, 2016* | Case Disposition: *Lack Of Prosecution* *Oct 24, 2016* |
|---|---|---|

Printed at: 10/25/2018 13:20

CITY 000004

## Incident / Investigation Report

*Huntsville Police Department*

| OCA: 2016-27870 |
|---|

**Status Codes**   L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found   U = Unknown

### DRUGS

| Status | Quantity | Type Measure | Suspected Drug Type | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### OFFENDER

| Offender(s) Suspected of Using | Offender 1   OF1 | Offender 2 | Offender 3 | Primary Offender Resident Status |
|---|---|---|---|---|
| ☐ Drugs   ☑ N/A | Age: 31  Race: B  Sex: M | Age:  Race:  Sex: | Age:  Race:  Sex: | ☑ Resident |
| ☐ Alcohol | Offender 4 | Offender 5 | Offender 6 | ☐ Non-Resident |
| ☐ Computer | Age:  Race:  Sex: | Age:  Race:  Sex: | Age:  Race:  Sex: | ☐ Unknown |

### SUBJECT

| Name (Last, First, Middle)  *Germany, Hilton Jerome JR* | | | | | Home Address  *2206 York Rd Nw, Huntsville, AL* | |
|---|---|---|---|---|---|---|
| OF1   Also Known As | | | | | | |

| Occupation   *Student* | | | | Business Address  *Columbia College / REDSTONE ARSENAL* | | |
|---|---|---|---|---|---|---|

| DOB. / Age ▮▮▮▮ , 31 | Race B | Sex M | Hgt 6'04 | Wgt 245 | Build | Hair Color *Black* | Eye Color *Brown* |
|---|---|---|---|---|---|---|---|
| | | | | | Hair Style | Hair Length | Glasses |

Scars, Marks, Tatoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Shirt/Blouse | Coat/Suit | Socks |
|---|---|---|---|
| Jacket | Tie/Scarf | Pants/Dress/Skirt | Shoes |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|

| VYR | Make | Model | Style/Doors | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|

| Suspect Hate / Bias Motivated: | ☐ Yes  ☑ No | Type: |
|---|---|---|

### WITNESS

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex |
|---|---|---|---|---|
| Home Address | Home Phone | Employer | | Phone |

### NARRATIVE

```
Assisting Officers
(5112606) WARREN, SHONDON T
(5113999) PRATT, JAMES K
(5114413) GLASER, ROBERT PAUL JR
(5115150) FLANNERY, RICHARD S JR
(5115507) MATHEWSON, STEPHANIE MICHELLE
(5115803) SLATER, HUDSON T
(5115805) TONEY, JASON A
(5115974) ALLEN, BRITTON D
(5115979) HALL, WILLIAM D
(5115984) HYTER, DEQUAN QURNAL
(5116212) SELLERS, LEVI A


OFFICERS RESPONDED TO THE LISTED ADDRESS FOR A DOMESTIC DISTURBANCE. AS OFFICERS
WERE CONDUCTING THEIR INVESTIGATION, GERMANY RAN INTO THE HOUSE WEHRE HIS
```

Printed at: 10/25/2018  13:20

Page:   2

CITY 000005

## Incident / Investigation Report

*Huntsville Police Department*

OCA: *2016-27870*

**Officer's Narrative (continued)**

MOTHER BLOCKED OFFICERS FROM GOING IN. OFFICERS RAN INSIDE AFTER GERMANY WHERE
HE CONTINUED TO BE COMBATIVE. OFFICERS USED OC SPRAY AND GERMANY BEGAN FIGHTING
WITH OFFICERS, RESISTING ARREST. DURING THE STRUGGLE THE LISTED ITEMS WERE
DAMAGE WHILE OFFICERS PLACED GERMANY IN CUSTODY. BAY WAS GIVEN A COPY OF THE HPD
CASE NUMBER.

CITY 000006

## Incident / Investigation Report

*Huntsville Police Department*

OCA: *2016-27870*

**Officer's Supplement**

| Officer | *16449* | Date / Time Reported | *SU Oct 23, 2016* | *21:28* |

### THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

CITY 000007

## Incident / Investigation Report

*Huntsville Police Department*

OCA:  *2016-27870*

**Additional Officer Supplements**

### THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officer   *(5112881) BALCH, JOSHUA D*

Supplement Type: Followup                                         Date / Time  *10/24/2016   12:17*

 10-24-16 at 1217 I talked to the victim and she advised that she did not want to pursue any charges on the offender.  She advised that she was unhappy on how the situation went down and wanted to speak to a suspervisor about the incident.  She advised that her son, the offender, suffers from PTSD and advised Officers of this at the time of the incident and did not agree with the way Officers handled the situation with him.  I gave her the number to the North Precinct so she could get in contact with the 2nd shift supervisor to try to resolve her complaint.  Case closed L.O.P.

CITY 000008

# Incident / Investigation Report

*Huntsville Police Department*

OCA: *2016-27870*

### Additional Officer Supplements

## THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officer   *(5115805) TONEY, JASON A*

Supplement Type: Followup                                      Date / Time  *11/9/2016  15:38*

I RESPONDED TO THE LISTED AREA DUE TO OFFICERS CALLING FOR MORE UNITS. BUT IT WAS CODE 1 AT THE TIME. AS I WAS APPROACHING THE HOUSE, ANOTHER OFFICER CALLING FOR A UNIT WITH A TASER. WHEN I GOT TO THE HOUSE THERE WERE OFFICERS TRYING TO CALM THE MOTHER AND SEPARATE HER FROM THE SITUATION. I THEN WENT INSIDE TO GIVE AIDE TO THE OTHER OFFICERS WHO WERE STRUGGLING TO GAIN CONTROL OF THE OFFENDER. ONCE OFFICER HAD CONTROL OF THE OFFENDER I THEN PLACE MY CUFFS ON HIM. I WALKED OUTSIDE AS SGT. WARREN WAS ARRIVING. SGT. HEARD THE YELLING FROM THE OFFENDER, HE ADVISED TO PULL MY CAR TO THE HOUSE TO PUT OFFENDER IN TO TRY TO CALM THE SITUATION. I DID SO AND WAITED FOR HEMSI ARRIVAL TO DECON THE OFFENDER WHO WAS PEPPER SPRAYED PRIOR TO MY ARRIVAL. OFFICER HALL WAS THE ARRESTING OFFICER. HE ALSO WAS AFFECTED BY THE SPRAY. I ESCORTED BOTH OFFICER AND OFFENDER TO THE JAIL, SINCE OFFICER HALL WAS NOT ABLE TO DRIVE.

CITY 000009

# Incident / Investigation Report

*Huntsville Police Department*

OCA: *2016-27870*

## Additional Officer Supplements

### THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officer   *(5115150)  FLANNERY,  RICHARD...*

Supplement Type: Followup                    Date / Time  *11/9/2016  15:51*

I, OFFICER FLANNERY, RESPONDED TO 2206 YORK FOR AN OFFICER CALLING FOR EMERGENCY ASSISTANCE. UPON ARRIVAL I MADE CONTACT WITH OFFICERS ON SCENE. OFFICERS HAD TO FORCE THEMSELVES INTO THE RESIDENCE DUE TO BAY ACTIVELY KEEPING OFFICERS OUT. ONCE INSIDE THE RESIDENCE, GERMANY WAS PLACED UNDER ARREST. HE REFUSED COMMANDS BY OFFICERS AND TOOK A FIGHTING STANCE. OFFICER WOODEN USED HIS OC ON GERMANY. GERMANY BEGIN TO PHYSICALLY RESIST ARREST. SEVERAL OFFICERS WERE ATTEMPTING TO GET HIM TO THE GROUND TO GAIN CONTROL. GERMANY HAD ME WRAPPED AROUND WITH HIS ARM AND IT APPEARED HE WAS TRYING TO GET MY GUN. I ATTEMPTED TO APPLY PRESSURE BEHIND HIS LEFT EAR. I THEN TRIED TO GIVE PALM STRIKES TO HIS LEFT SHOULDER AREA BUT STRUCK HIS TEMPLE DUE TO HIS RESISTANCE. HE WAS FINALLY TAKEN TO THE GROUND WHERE HE WAS EVENTUALLY HANDCUFFED.

CITY 000010