# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

ALP   5805876

| 1 ORI # | 2 Date of Report | 3 Time of Report | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|
| AL0470100 | 10/23/16 | 21:28 MIL | ☒ Offense | | 2016-27870 | |

| 8 Agency Name | 9 Sector |
|---|---|
| Huntsville Police Dept. | Alpha |

| 10 Type of Incident or Offense | ☒ Completed | 11 Degree (Circle) 1 2 3 | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|
| Accidental Damage to Property | | | | 7777 |

| 14 Type of Incident or Offense | ☒ Misdemeanor ☒ Completed | 15 Degree (Circle) 1 2 3 | 16 UCR Code | 17 State Code/Local Ordinance |
|---|---|---|---|---|

**18 Place of Occurrence** ☒ Check here if event occurred at victim's residence

2200 Block of York Rd HSV, AL

**Victim Demographics:**
- 19 Sex: F
- 20 Race: B
- 21 Ethnicity: —
- 22 Multiple Victims: —
- 23 Age: 52

- 24 Offender Suspected of Using: N/A
- 25 Juvenile Gang: None/Unknown
- 26 Hate Bias: No
- 27 Bias Code: N/A
- 28 Domestic Violence: No

**29 Point of Entry:** —
**30 Method of Entry:** —
**31 Local Use:** —
**32 Lighting:** 1 Natural (circled)
**33 Weather:** 1 Clear (circled)
**34 Location Type:** 20 Residence/Home (circled)

**35 Occurred from:** 10/23/16
**36 Time of Event:** 20:30 MIL
**37 Day of Week:** 1 (S)

**42 Type Criminal Activity:** —
**43 Victim Type:** I Individual (circled)

### Property

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description | 48 Dollar Value Stolen | Damaged | 49 Recovered Date | Value |
|---|---|---|---|---|---|---|---|
| D | 77 | 1 | Damaged Rod Iron Hand Rail | | 500.00 | | |
| D | 29 | 1 | Damage to Sheet Rock | | 200.00 | | |
| D | 77 | 1 | Screen on Exterior Screen Door | | 20.00 | | |
| D | 77 | 1 | Interior Lamp Fixture | | 50.00 | | |

**74 Case Status:** 1 Pending (circled)
**79 Reporting Officer:** Wooden
**Officer ID Number:** 15394

GERMANY0029

**THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER**

| Incident/Offense Report - Continued | 83 Date of Report (MM/DD/YY) 10/23/16 | 84 Time of Report 21:28 ☐AM ☐PM ☒MIL | 85 Agency Case Number 2016-27870 | 86 Suffix | 87 ☒Offender ☐Suspect ☐Missing Person | ☐Check if Multiple |

**VICTIM INFORMATION**

| 88 Reported By (Last, First, Middle Name) ☒Victim Or | 89 Suffix | 90 ☒Resident ☐Non-Resident | 91 Home Phone 256-468-2911 | 92 Work Phone | 93 Other Phone |

| 94 Victim # 1 | 95 Victim (Last, First, Middle Name) Bay, Fonnie | 96 Suffix | 97 Address 2206 York Rd HSV, AL | 98 Home Phone 256-468-2911 | 99 Work Phone | 100 Other Phone |

| 101 Employer/School N/A | 102 Occupation N/A | 103 Address N/A | 104 Work Phone | 105 Other Phone |

| 106 Sex ☒F | 107 Race ☒B | 108 ☒English ☐Spanish ☐Other | 109 HGT 5'4" | 110 WGT 240 | 111 DOB | 112 Age 52 | 113 Victim SSN | 114 Complainant SSN |

| 115 Multiple Victims ☐ | 116 Ethnicity ☐Hispanic ☐Other | 117 Injury ☐Yes ☒No | 118 Offender known to victim? ☒Yes ☐No | 119 Victim was? Mother | 120 Relationship Code |

| 121 Weapons Used ☐Firearm ☐Knife ☒Hands, Fist, Feet, Voice, etc. ☐Other Dangerous | 122 Description: none | ☐Handgun ☐Rifle ☐Shotgun ☐Unknown |

| 123 Place of Occurrence 2206 York Rd HSV, AL | 124 Type Injury ☒N-None B-Broken Bones I-Internal Injury L-Severe Laceration M-Minor Injury O-Other Major Injury T-Loss of Teeth U-Unconscious | 125 Sector A2 |

| 126 Circumstances: Homicide & Assault | 128 Assault ☐Simple ☐Aggravated | 129 Treatment for Assault? ☐Yes ☒No | 130 Verify for Rape Exam? ☐Yes ☒No | 131 Treatment for Rape? ☐Yes ☒No |
| 127 Location: Rape | | | | |

**SUSPECT INFORMATION**

| 132 Off # 1 | 133 Name Germany, Milton Jerome | 134 SFX Jr. | 135 Alias | 136 SSN | 137 Race ☒B | 138 Sex ☒M | 139 DOB | 140 Age 31 |

| 141 Address 2206 York Rd HSV, AL | 142 HGT 6'4" | 143 WGT 245 | 144 Ethnicity ☐Hispanic ☐Other | 145 Language ☒English ☐Spanish ☐Other |

| 146 Probable Destination | 147 Eye BRO | 148 Hair BLK | 149 Complexion Dark | 150 Armed ☐Yes ☒No | Weapon |

| 151 Clothing White Shirt Orange Shorts | 152 ☐Scars ☐Marks ☐Tattoos ☐Amputations | 153 ☒Arrested ☐Wanted ☐Dual Arrest (Domestic Violence) |

| 154 Off # | 155 Name N/A | 156 SFX | 157 Alias | 158 SSN | 159 Race | 160 Sex | 161 DOB | 162 Age |

| 163 Address | 164 HGT | 165 WGT | 166 Ethnicity | 167 Language |

| 168 Probable Destination | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐Yes ☐No | Weapon |

| 173 Clothing | 174 ☐Scars ☐Marks ☐Tattoos ☐Amputations | 175 ☐Arrested ☐Wanted ☐Dual Arrest |

**WITNESSES**

| Name | Sex | Race | DOB | Address | Contact |
|---|---|---|---|---|---|
| 176 NONE | | | | | |

**NARRATIVE**

203 Officers responded to the listed address for a domestic disturbance. As officers were conducting their investigation, Germany ran into the house where his mother blocked officers from going in. Officers ran inside after Germany where he continued to be combative. Officers used OC spray and Germany began fighting with officers, resisting arrest. During the struggle the listed items were damaged while officers placed Germany in custody. Bay was given a copy of the HPD case number.

| 204 Continued on Supplement ☐Yes ☒No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐Yes ☐No | Warrant # | 209 Add. Cases Closed Narrative ☐Y ☐N |

210 Signature: [signed]

GERMANY0030

211 Local Use    212 State Use

ACJIC - 11-06

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

IMAGED
5805876

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Field | Value |
|---|---|
| 1 ORI # | AL0470100 |
| 2 Agency Name | Huntsville P.D. |
| 3 Date and Time of Report | 11/09/16 15:51 PM |
| 4 Case # | 201627870 |
| 5 SFX | |
| 6 Victim's Name (Original Report) | Jennie Bay |
| 7 Original Offense Date | 10/23/16 |
| 8 Type Report | Follow-Up |
| 9 Original Incident/Offense | Accidental Damage to Private Property |
| 10 UCR Code | |
| 11 State Code/Local Ordinance | 7777 |
| 12 New Incident/Offense | |
| 13 UCR Code | |
| 14 State Code/Local Ordinance | |
| 15 Has an Arrest Been Made? | Yes |
| 16 Date of Arrest | 10/23/16 |
| 17 Has a Warrant Been Obtained? | No |
| 18 Date of Warrant | |

**20** ☑ Defendant

Name: Hilton Germany
Race: B
Sex: M
Age: 31

**21** Name: N/A

**75 Reporting Officer:** Flannery, R.  ID# 15150

GERMANY0031

I, Officer Flannery, responded to 2206 York for an officer calling for emergency assistance. Upon arrival I made contact with officers on scene. Officers had to force themselves into the residence due to Ray actively keeping officers out. Once inside the residence, Germany was placed under arrest. He refused commands by officers and took a fighting stance. Officer Wooden used his OC on Germany. Germany began to physically resist arrest. Several officers were attempting to get him to the ground to gain control. Germany had me wrapped around with his arm and it appeared he was trying to get my gun. I attempted to apply pressure behind his left ear. I then tried to give palm strikes to his left shoulder area but struck his temple due to his resistance. He was finally taken to the ground where he was eventually handcuffed.

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

Event # 5805876
OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**EVENT**

- 1 ORI #: AL0470100
- 2 Agency Name: HPD
- 3 Date and Time of Report: 11/09/16  15:35 PM
- 4 Case #: 2011161-127970
- 6 Victim's Name (Original Report): Bay, Jonnie
- 7 Original Offense Date: 10/31/16
- 8 Type Report: ☒ Follow-Up
- 9 Original Incident/Offense: Accidental damage to property
- 11 State Code/Local Ordinance: 7777
- 15 Has an Arrest Been Made? ☒ No
- 16 Date of Arrest: 10/31/16
- 17 Has a Warrant Been Obtained? ☒ No

**20** ☒ Defendant
- Name: Hilton, Germany
- Race: B
- Ethnicity: Other
- Sex: M
- Age: 31

**Reporting Officer:** Sorey 15805

**73 Case Status:** ☒ Pending

GERMANY0033

I responded to the listed area due to officers calling for more units, but it was code 1 at the time. As I was approaching the house, another officer calling for a unit with a taser. When I got to the house there were officers trying to calm the mother and separate her from the situation. I then went inside to give aide to the other officers who where struggling to gain control of the offender. Once officer had control of the offender I then place my cuffs on him. I walked outside as Sgt. Warren was arriving. Sgt. Heard the yelling from the offender, He advised me to pull my car to the house to put offender in to try and calm the situation. I did so and waited for Hemsi's arrival to decon the offender who was pepper sprayed prior to my arrival. Officer Hall was the arresting officer, He also was affected by the spray. I escorted both officer and offender to the jail, since officer Hall was not able to drive.

GERMANY0034