FILED
2020 Jan-21 PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

Defendant [ ]

Witness [ ]**

Affiant [ ]**

**COURT DATE**

6 / 6 / 17
MM / DD / YY

Fine $ _____
Cost $ _____
Fees $ _____
School $ _____
TOTAL $ _____

COURTROOM
A [ ]
B [✓]
_____

[ ] 8:30 a.m.
[ ] 10:00 a.m.
[✓] 1:00 p.m.
[ ] 5:30 p.m.
[ ] 7:00 p.m.
[ ] _____

Case# 10912589/88   Charge D.st Peace / R.A.

Attorney Johnson, Jones & McGehee, L.L.P.   Address 415-H Church Street, Suite 102   Phone# 256-534-5384

If you fail to appear in Municipal Court on the listed date and time your bond will be forfeited and a warrant will be issued for your arrest.

**This serves as a continuation of your subpoena - your appearance is mandatory until legal discharge by the Court.

Helton Germany Jr
Signature

_____
Issued By

2.27.16
Date

---

Defendant [ ]

Witness [ ]**

Affiant [ ]**

**COURT DATE**

9 / 19 / 17
MM / DD / YR

Fine $ _____
Cost $ _____
Fees $ _____
School $ _____
TOTAL $ _____

COURTROOM
A [ ]
B [✓]

[ ] 8:30 a.m.
[ ] 10:00 a.m.
[✓] 1:00 p.m.
[ ] 5:30 p.m.
[ ] _____

Case# 10912589/88   Charge D.st Peace / R.A.

If you fail to appear in Municipal Court (815 Wheeler Avenue, Huntsville, AL) on the listed date and time your bond will be forfeited and a warrant will be issued for your arrest.

**This serves as a continuation of your subpoena - your appearance is mandatory until legal discharge by the Court.

GERMANY0026