## Motion for Nolle Prosequi

Municipality of
Huntsville, Al.
v.

__Hilton Germany__
Defendant

Case # MC- __14 - 10910588__
State of Alabama
Madison County
in the Municipal
Court of Huntsville

_Upon payment of costs_
The City Attorney, by and through the below signed Prosecuting Officer, moves the court to grant a **Nolle Prosequi** in the above styled case for the offense of __Resisting Arrest__ because prosecution of said offense at this time would not be in the best interest of justice. _Based on totality of circumstances, the City does not wish to proceed._

__9/9/17__
Date

__[signature]__
Prosecuting Attorney
For
City of Huntsville, Alabama

_Granted 9-19-17._
[signature]

## Motion for Nolle Prosequi

Municipality of
Huntsville, Al.

v.

Hilton Germany
**Defendant**

Case # MC- 16-10912589
State of Alabama
Madison County
in the Municipal
Court of Huntsville

The City Attorney, by and through the below signed Prosecuting Officer, moves the court to grant a **Nolle Prosequi** in the above styled case for the offense of Disturbing the Peace because prosecution of said offense at this time would not be in the best interest of justice. Based upon totality of circumstances the City does not wish to proceed

9/19/17
Date

Prosecuting Attorney
For
City of Huntsville, Alabama

Granted
9-19-17