## Huntsville PD
## Use Of Force Report

- 🖨 Print this incident.

**Incident Entered By:** Officer Keith Wooden - 15994
**Assigned Investigator:** [Incident pending assignment]

# Incident Details

| Date Received | Date of Occurrence | Time of Occurrence |
|---|---|---|
| 10/25/2016 | 10/23/2016 | 20:30 |
| **Record ID #** | **Event No** | **IA No** |
| 5265 | 5805876 | OC2016-034 |
| **Date/Time Entered** | | |
| 10/25/2016 23:11 | | |

# Incident Summary

Reference Event 5805876. Officers Hall and Sellers were dispatched to a domestic disturbance at 2206 York Rd around 2014. Officer Hall arrived on scene first and stated that he was attempting to talk with Hilton Germany Jr. about the incident in which he called for officers to respond. During Officer Hall's questions, Germany grew impatient and began shouting profanity loudly. Germany continued to grow louder and louder with his shouting stating he wanted his wife out of his house. Officer Hall explained that she was a resident he couldn't force her to leave or trespass her. Germany's yelling was so loud, that it started to alarm his neighbors, who began coming outside to see what the commotion was. Germany stated to Officer Hall "you can't help me", and began walking towards his front door. Officer Hall asked Germany to stay outside to answer some more questions, because Germany still had not made it clear as to why officers were called. Germany turned to Officer Hall and yelled "I don't have to do a Fucking thing!" Officer Hall told Germany he was under arrest for Disturbing the Peace and to place his hands behind his back, Germany yelled "that is bullshit, I don't have to do a fucking thing." Germany continued to make his way into his house where Officer Hall attempted to follow, while radioing for additional units Code 3. Germany's mother, Jonnie Bay, stood in Officer Halls way on the front porch, preventing him from placing Germany under arrest. Myself and Officer Slater arrived to see Officer Hall and Officer Sellers on the front porch attempting to tell Mrs. Bay to get out of the way so that Officers could place Germany under arrest. Germany continued to taunt officers from inside the residence, behind a closed screen door, while his mother continued to stand in the way. Germany continued to shout at officers and then turned and walked down the stairs, inside the residence. Unknown what weapons or other things may be inside, myself and Officer Slater rushed passed Bay inside the residence to apprehend Germany. Officers Hall, Slater, Flannery, and myself all faced Germany at the top of the stair well inside the living room. Germany continued to be combative and verbally stated "I don't have to do a fucking thing inside my own house." Germany told officers to get out of his house, Officer Hall again told Germany he was under arrest, Germany continued to ball up his fists in front of officers. As Germany continued to ball up his fists, I sprayed Germany with OC Spray, using one, one second burst across Germany's face. Germany then lunged at officers and began to fight. Officers Flannery, Slater, Hall and myself attempted to control Germany's arms and hands, escorting him to the ground, to place him in handcuffs. Germany continued to resist arrest, and was actively reaching around Officer Flannery's gun belt grabbing his weapon. Officers attempted to deliver distractional strikes to Germany's brachial plexus region, however due to Germany resisting struck him in the right eye and cheek. All officers continued to give loud verbal commands to Germany to put his hands behind his back, which he finally complied to do so. Germany's mother, Bay, was attempting to pull at officers to get them to let her son calm down. Germany was placed in handcuffs, at which time I called for HEMSI to respond to decontaminate Germany. Germany was read the OC warning and then decontaminated at the scene. Sgt. Warren responded to the scene, where Ms. Bay asked to speak with him about the incident. Germany was transported to PSC where he was booked into the metro jail. Officers also did a case for Accidental Damage for the items that were damaged while Germany resisted his arrest. See Case 2016-27870.

# Incident Location

- 2206, Direction: NW YORK Road, Huntsville, AL 35810 - Location of Occurrence: Alpha Precinct

# Use of Force Specific Information

**Reason for Use of Force**     **Service Being Rendered**

| | | |
|---|---|---|
| Effect Arrest | Arrested | |
| **Weather Condition** | **Lighting Condition** | **Distance to Citizen** |
| Clear | Inside bright lighting | 1 feet to 3 feet |
| **Citizen Injured** | **Citizen Taken to Hospital** | **Citizen Arrested** |
| No | No | Yes |
| **More than 1 Citizen Involved** | | |
| No | | |
| **Citizen's Build** | **Citizen's Height** | |
| XLarge | 6'1" to 6'3" | |

**Employee Assessment of Citizen Condition During Incident**

None detected

| | |
|---|---|
| **Employee(s) Injured** | **Employee(s) Taken to Hospital** |
| No | No |

## Reporting/Involved Citizen Information

### Hilton Jerome Germany

DOB:            Race: Black   Ethnicity:        Gender: Male

**Address**
- 2206 York Road, Huntsville, AL 35810
- 2206, Direction: NW YORK Road, Huntsville, AL 35810

**Phone**
- (785) 492-7432
- (785) 492-7432

**Citizen was homeless at time of their involvement:** [No Response]

**Citizen exhibited limited or no English language proficiency:** [No Response]

**Citizen's primary language:** [No Response]

**Citizen's sexual orientation if known:** [No Response]

**Citizen's gender expression if known:** [No Response]

**Citizen was experiencing mental crisis (Employee Assessment:** [No Response]

**Citizen was experiencing mental crisis (Self Reported):** [No Response]

**Citizen was armed at the time of incident:** [No Response]

**Role**
- 

**Types of Resistance Citizen Used Against Employee(s)**
- Active resistance
- Bladed stance
- Combative
- Grabbed weapon
- refused to give hands
- Pulled away from officer

**Injuries sustained by this citizen**

| Injury | Regions | Injury Locations |
|---|---|---|
| Bruising | 1 | 1 |



## Charges against this Citizen
- Disturbing the Peace
- Resisting Arrest

## Involved Employees

### Officer Richard Flannery - Employee number: 15150

**Body Worn Camera:** [No Response]

**Role**
•

**Force used by this employee against the citizen**
- Distraction Strikes - Was force effective: Yes
- Taken to Ground - Was force effective: Yes

| Force Used | Effective? | Regions | Points of contact |
|---|---|---|---|
| Distraction Strikes | Yes | 1 | 1, 2 |
| Taken to Ground | Yes | 5 | 3 |



## Officer William Hall - Employee number: 15979

**Body Worn Camera:** [No Response]

**Role**
- 

**Force used by this employee against the citizen**
- Taken to Ground - Was force effective: Yes

| Force Used | Effective? | Regions | Points of contact |
|---|---|---|---|
| Taken to Ground | Yes | 10 | 1 |



### Officer James Pratt - Employee number: 13999

**Body Worn Camera:** [No Response]

**Role**
·

**Force used by this employee against the citizen**
· Restraint/hold - Was force effective: Yes

| Force Used | Effective? | Regions | Points of contact |
|---|---|---|---|
| Restraint/hold | Yes | 3, 5 | 1, 2 |



## Officer Hudson Slater - Employee number: 15803

**Body Worn Camera:** [No Response]

**Role**
•

**Force used by this employee against the citizen**
• Taken to Ground - Was force effective: Yes

| Force Used | Effective? | Regions | Points of contact |
|---|---|---|---|
| Taken to Ground | Yes | 12 | 1 |



## Officer Keith Wooden - Employee number: 15994

**Body Worn Camera:** [No Response]

**Role**
- 

**Force used by this employee against the citizen**
- OC - Was force effective: Yes
- Taken to Ground - Was force effective: Yes
- Distraction Strikes - Was force effective: Yes

| Force Used | Effective? | Regions | Points of contact |
|---|---|---|---|
| OC | Yes | 1 | 1, 2, 3 |
| Taken to Ground | Yes | 3 | 4 |
| Distraction Strikes | Yes | 1, 7 | 5, 6 |

CITY 000019



## Citizen Witnesses

**Jonnie Bay**
DOB: 2/17/1964 - Race: Black - Gender: Female

Role
•

## Employee Witnesses

### Officer Stephanie Mathewson - Employee number: 15507

Body Worn Camera: [No Response]

Role
•

### Officer Levi Sellers - Employee number: 16212

Body Worn Camera: [No Response]

Role
•

## Tasks

No tasks to show

## Running Sheet Entries

No running sheet entries to show

## Attachments

No attachments

## Assignment History

| Sent Dt | From | To |
|---|---|---|
| 1/5/2017 | Secretary 2 Diana Crawford | (None Specified) |

**Assignment notes**
Released back to IAPro
**Email sent to receiver**
No email sent

## Chain of Command History

| Routing #1 | |
|---|---|
| Sent From: | Officer Keith Wooden |
| Sent To: | Sergeant Shondon Warren |
| CC: | (none) |
| Sent Date/Time: | 10/26/2016 12:04 AM |

**Instructions from Officer Keith Wooden to Sergeant Shondon Warren:**

For your review and approval.

**Comments/Response from Sergeant Shondon Warren:**

Approved: Approved

Reason:

Comments:
[Forwarded by Sergeant Shondon Warren]

| Routing #2 | |
|---|---|
| Sent From: | Sergeant Shondon Warren |
| Sent To: | Lieutenant Randall Owens |
| CC: | (none) |
| Sent Date/Time: | 10/27/2016 9:19 PM |

**Instructions from Sergeant Shondon Warren to Lieutenant Randall Owens:**

Please Review for approval.

**Comments/Response from Lieutenant Randall Owens:**

Approved: Approved

Reason:

Comments:
[Forwarded by Lieutenant Randall Owens]

| Routing #3 | |
|---|---|
| Sent From: | Lieutenant Randall Owens |
| Sent To: | Captain Jeffery Rice |
| CC: | (none) |
| Sent Date/Time: | 10/28/2016 9:08 PM |

**Instructions from Lieutenant Randall Owens to Captain Jeffery Rice:**

For your review and approval.

**Comments/Response from Captain Jeffery Rice:**

Approved: Approved

Reason:

Comments:
As is refers to the use of O.C. spray, I find the use to be in compliance with departmental policy. A complaint was filed by the arrestee to Internal Affairs (Sgt. Stedham), therefore they will conduct a more in-depth investigation into this incident.

### Routing #4

| | |
|---|---|
| Sent From: | Captain Jeffery Rice |
| Sent To: | Deputy Chief Kirk Giles |
| CC: | (none) |
| Sent Date/Time: | 10/31/2016 2:47 PM |

**Instructions from Captain Jeffery Rice to Deputy Chief Kirk Giles:**

See comments section.

**Comments/Response from Deputy Chief Kirk Giles:**

Approved: Approved

Reason:

Comments:
[Forwarded by Deputy Chief Kirk Giles]

### Routing #5

| | |
|---|---|
| Sent From: | Deputy Chief Kirk Giles |
| Sent To: | Chief Mark McMurray |
| CC: | Secretary 2 Connie Britt, Admin Asst Susan Hale, Admin Asst Shelley Mcabee |
| Sent Date/Time: | 11/1/2016 3:13 PM |

**Instructions from Deputy Chief Kirk Giles to Chief Mark McMurray:**

I have heard you mentioned this particular incident and forwarded it for your review.

**Comments/Response from Chief Mark McMurray:**

Approved: Approved

Reason:

Comments:
[Forwarded by Chief Mark McMurray]

### Routing #6

| | |
|---|---|
| Sent From: | Chief Mark McMurray |
| Sent To: | Admin Asst Shelley Mcabee |
| CC: | (none) |
| Sent Date/Time: | 11/2/2016 3:22 PM |

**Instructions from Chief Mark McMurray to Admin Asst Shelley Mcabee:**

reviewed and forwarded. cc to IA.

**Comments/Response from Admin Asst Shelley Mcabee:**

Approved: Approved

Reason:

Comments:
to IA for Processing

**Assigned Investigator Signature Line**

[Incident pending assignment]

**Chain of Command Signature Lines**

Sergeant Shondon Warren

Lieutenant Randall Owens

Captain Jeffery Rice

Deputy Chief Kirk Giles

Chief Mark McMurray

Admin Asst Shelley Mcabee

CITY 000024